United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ZACHARY KRAMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:21-CV-00049 |
| | § | |
| CITY OF SHINER, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Pending before the Court is Defendant's Motion to Dismiss for Failure to State a Claim. (Dkt. No. 10). Defendant, City of Shiner, seeks to dismiss Plaintiff's First Amended Complaint. After considering the Motion, the Response, the arguments of counsel at a hearing held on September 7, 2022, the Court **GRANTS** the Motion. Plaintiff shall file an Amended Complaint no later than September 29, 2022. The Court will not allow further amendments by Plaintiff.

It is SO ORDERED.

Signed on September 7, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**