# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **ZACHARY KRAMER,** | § | |
| | § | |
| **v.** | § | **Civil Action No.   6:21-cv-49** |
| | § | |
| **CITY OF SHINER, TEXAS** | § | |

## PARTIES' AGREED JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Zachary Kramer and Defendant City of Shiner, Texas file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have reached a mutually agreed upon resolution to this matter and agree that this action shall be, and hereby is, **dismissed with prejudice**. Each party shall bear its own costs.

AGREED TO AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Alan Braun* | */s/ Casey Cullen (by permission)* |
| Adam Poncio | Casey T. Cullen |
| Texas Bar No. 16109800 | Texas State Bar No. 24073121 |
| Southern District ID No. 194847 | Southern District ID No. 1130427 |
| aponcio@ponciolaw.com | ccullen@cullenlawfirm.com |
| Alan Braun | Cullen, Carsner, Seerden & Cullen |
| Texas Bar No. 24054488 | L.L.P. |
| Southern District ID No. 14218056 | 119 South Main Street (77901) |
| Poncio Law Offices | Post Office Box 2938 |
| 5410 Fredericksburg Rd. Ste. 109 | Victoria Texas 77902-2938 |
| San Antonio, Texas 78229 | **ATTORNEYS FOR** |
| abraun@ponciolaw.com | **DEFENDANT** |
| **ATTORNEY FOR PLAINTIFF** | |

## <u>CERTIFICATE OF SERVICE</u>

On <u>May 17, 2023</u>, a true and correct copy of this document was filed electronically, with notice of the filing served on all counsel of record and parties registered with the Court's electronic filing system. All parties may access this filing through the Court's electronic filing system.

<u>*/s/ Alan Braun*</u>
**ALAN BRAUN**